No. 935, Misc.  SHURNEY v. OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 940, Misc.  FURTAK v. NEW YORK.  County Ct., Steuben County, N. Y.  Certiorari denied.

No. 941, Misc.  BONEY v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Worth Rowley* for petitioner. *Solicitor General Griswold* for the United States.  ■

No. 949, Misc.  RICHARDSON v. CALIFORNIA ADULT AUTHORITY.  Sup. Ct. Cal.  Certiorari denied.

No. 951, Misc.  SCHACK v. FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 952, Misc.  JACKSON v. FITZHARRIS, TRAINING FACILITY SUPERINTENDENT, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 953, Misc.  HARTMANN v. LUND, MEDICAL DIRECTOR, MINNESOTA SECURITY HOSPITAL.  Sup. Ct. Minn. Certiorari denied.  *Lynn S. Castner* for petitioner. *Douglas M. Head,* Attorney General of Minnesota, and *William J. Hempel,* Chief Deputy Attorney General, for respondent.

No. 956, Misc.  LEWIS, AKA EHRLICH v. ILLINOIS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 957, Misc.  ALDRIDGE v. HENDERSON, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 958, Misc.  ROOF v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *Frederic A. Johnson* for petitioner. *Solicitor General Griswold* for the United States.